# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00222-CV

**In re Howard Bart Freidman**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

We deny Howard Bart Freidman's Original Petition for Writ of Habeas Corpus and, in the Alternative, Petition for Writ of Mandamus. We also deny his request for emergency relief.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed: April 2, 2025